**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | M&M Jackson, LLC | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 41-2394519 | |
| **4.** | **Debtor's address** | **Principal place of business**<br>2841 Highway 45 Bypass<br>Jackson, TN 38305<br>Number, Street, City, State & ZIP Code<br>Madison<br>County | **Mailing address, if different from principal place of business**<br>7111 West 151st Street, Ste 112<br>Overland Park, KS 66223<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | https://scoopingsmiles.com/ | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5812

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025
MM / DD / YYYY

**X** /s/ Eric Cole
Signature of authorized representative of debtor

Eric Cole
Printed name

Title Managing Member

**18. Signature of attorney**

**X** /s/ Colin N. Gotham
Signature of attorney for debtor

Date November 13, 2025
MM / DD / YYYY

Colin N. Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone (913) 962-8700 Email address cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | M&M Jackson, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| -NONE- | | | | | | |

**Fill in this information to identify the case:**

Debtor name M&M Jackson, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Lease Deposit - Subject to Offset | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.** $0.00

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | Food Inventory - Listed in Parent Case | | $0.00 | Liquidation | $0.00 |
| | Non-Food Inventory - Listed in Parent Case | | $0.00 | Liquidation | $0.00 |

23. **Total of Part 5.** $0.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value 0.00 Valuation method Liquidation Current Value 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** POS Hardware/KDS Equipment - POS Hardware and IT items include 4 to 5 POS registers, printers and kitchen display system, iPad system, drive-thru order confirmation system, headset system, sound system, camera system, interior and exterior menu boards and a miscellaneous hardware package. | $0.00 | Liquidation | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| | | | |
|---|---|---|---|
| Signage & Awnings - Custom signage includes channel letters and food words, multi-tenant signage, interior signage, monument and pole signage, direction signage and reader boards. Aluminum framed awning systems are also required. | $0.00 | Liquidation | Unknown |
| Kitchen Equipment - Extensive equipment package including custom walk-in cooler and freezer, hood and exhaust systems. Hot line equipment includes fryers, grills, cookers, toasters and warmers. Cold line equipment includes multiple stand-alone refrigerators and freezers, ice machines, custard machine and beverage equipment. CO2 and water softener equipment are also included. | $0.00 | Liquidation | Unknown |
| Furniture - Furniture package consists of solid surface millwork service counters and headers, windowsills, booth trim, tables, tile band, booth wall caps and mobile order counter. Seating includes custom booths and table chairs. Custom lighting package is throughout the restaurant. Some locations have exterior patio furniture and umbrellas. Required artwork package is throughout the restaurant. | $0.00 | Liquidation | Unknown |
| Smallwares Package - Consists of small cooking equipment, slicers, crocks and cooking containers, utensils, food safety equipment and cleaning tools. | $0.00 | Liquidation | Unknown |
| Mechanical Systems - Consisting of of sprinkler systems, fire alarm monitoring systems, HVAC and DOAS units and hot water heaters. | $0.00 | Liquidation | Unknown |

51. **Total of Part 8.** $0.00

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties**<br>Franchise Agreement with Freddy's Frozen Custard & Steakburgers | $0.00 | Liquidation | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>Standards and Trade Dress - Signage, equipment, lay-outs, materials, site features, menus, furniture, millwork, seating, or parking requirements, but also include the placements and uses of materials, colors, patterns, and features. | $0.00 | Liquidation | Unknown |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name: M&M Jackson, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Equity Bank**
Creditor's Name

345 N Andover Rd
Andover, KS 67002
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All inventory, equipment, accounts, chattel paper, instruments, documents, deposit accounts, investment property, money, other rights to payment & performance, & general intangibles

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00 — Column B: $0.00

**2.2 US Foods Inc**
Creditor's Name

9339 West Higgins Road
Suite 100
Rosemont, IL 60018
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Priority (purchase money) security interest in all goods, inventory, equipment, and fixtures sold by US Foods and a separate security interest in all other assets including accounts and goods for sale

**Describe the lien**
UCC Filing

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: $0.00 — Column B: $0.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $0.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Equity Bank<br>7701 East Kellogg<br>Wichita, KS 67207-7000 | Line 2.1 | |
| US Foods, Inc.<br>% Mary Cowan<br>PO Box 24101<br>Cleveland, OH 44124 | Line 2.2 | |

| Fill in this information to identify the case: |
|---|
| Debtor name: M&M Jackson, LLC |
| United States Bankruptcy Court for the: DISTRICT OF KANSAS |
| Case number (if known) ____ |

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1 **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ☐ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name: M&M Jackson, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Linen Rental | Aramark / Vestis<br>3752 N. Fruitridge Avenue<br>Terre Haute, IN 47804 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Contract for Energy Management | Budderfly<br>PO Box 25197<br>New York, NY 10087-5197 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Pest Control | Cook's Pest Control<br>1741 Fifth Avenue, SE<br>Decatur, AL 35601 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Yellow Grease - Equipment Rental | DarPro Solutions / Darling Ingredients<br>5601 N. MacArthur Blvd<br>Irving, TX 75038 |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Dishwasher | Ecolab Inc.<br>PO Box 70343<br>Chicago, IL 60673 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement | Freddy's LLC<br>3020 N. Cypress St., Suite 200<br>Wichita, KS 67226-4012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | CO2 Provider | NuCO2 LLC<br>2800 SE Market Place<br>Stuart, FL 34997 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Business Location | Richard And Julie Keaton<br>702 Ridgecrest Lane<br>Lebanon, TN 37087 |
| | State the term remaining | 114 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years, Option: 5: 5 years | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: M&M Jackson, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | Equity Bank | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | US Foods Inc | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.3 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | DarPro Solutions / Darling Ingredients | ☐ D<br>☐ E/F<br>■ G 2.4 |
| 2.4 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | Richard And Julie Keaton | ☐ D<br>☐ E/F<br>■ G 2.8 |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | NuCO2 LLC | ☐ D<br>☐ E/F<br>■ G 2.7 |
| 2.6 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | Cook's Pest Control | ☐ D<br>☐ E/F<br>■ G 2.3 |
| 2.7 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | Aramark / Vestis | ☐ D<br>☐ E/F<br>■ G 2.1 |
| 2.8 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D<br>☐ E/F<br>■ G 2.5 |
| 2.9 | M&M Custard, LLC | 7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D<br>☐ E/F<br>■ G 2.2 |

**Fill in this information to identify the case:**

Debtor name M&M Jackson, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals **12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......... $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......... $ 0.00

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... +$ 0.00

4. **Total liabilities** ..........
   Lines 2 + 3a + 3b $ 0.00

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | M&M Jackson, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025

*X* /s/ Eric Cole
Signature of individual signing on behalf of debtor

Eric Cole
Printed name

Managing Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name M&M Jackson, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other | $1,680,409.00 |
| For prior year: From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other | $2,000,627.00 |
| For year before that: From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other | $1,922,104.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA<br>7225 Renner Rd Ste 200<br>Shawnee, KS 66217-3043 | | | $0.00 |

**Email or website address**
https://emlawkc.com/

**Who made the payment, if not debtor?**
M&M Custard, LLC (parent company)

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Ong & Company<br>9225 Indian Creek Parkway, Suite 100<br>Overland Park, KS 66210 | 2010 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| M&M Custard, LLLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | **EIN:** 27-3355504 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025

/s/ Eric Cole
Signature of individual signing on behalf of the debtor

Eric Cole
Printed name

Position or relationship to debtor Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| M&M JACKSON, LLC, | ) | Case No. |
| | ) | Chapter 11 |
| DEBTOR. | ) | |

**DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF COMPLIANCE WITH FED. R. BANKR. P. 1116 AND LOCAL RULE 1007.1**

Comes now the Debtor, M&M Jackson, LLC, and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Fed. R. Bankr. P. 1116 and Local Rule 1007.1:

1. A Corporate Resolution Statement is attached hereto.
2. A Balance Sheet as of 9/03/2025 is attached hereto.
3. A Statement of Operations has not been prepared.
4. The Cash Flow Statement has not been prepared, but a Profit and Loss statement as of 9/03/2025 is attached hereto.
5. The 2024 Federal Income Tax Returns are attached hereto. The tax return is a consolidated tax return of M&M Custard, LLC,

M&M Jackson, LLC

[signature]

By: Eric Cole
Managing Member

**RESOLUTIONS BY**
**THE MEMBERS OF**
**M&M CUSTARD, LLC**

At a meeting of all of the Members of M&M Custard, LLC duly held at the office of said Company/Corporation on the 13th day of November 2025, the following Resolutions were adopted.

RESOLVED: that M&M Custard, LLC will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys for M&M Custard, LLC in this bankruptcy proceeding.

RESOLVED: that all M&M Custard, LLC's subsidiaries, which are solely owned by M&M Custard, which are listed below, will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys for all of the foregoing subsidiaries in their bankruptcy proceeding.

M&M Bloomington, LLC
M&M Carbondale, LLC
M&M Cave Springs, LLC
M&M Columbia Restaurant, LLC
M&M Columbia South, LLC
M&M Columbus, LLC
M&M Cottleville, LLC
M&M Ellisville, LLC
M&M Evansville West, LLC
M&M Evansville, LLC
M&M Florissant, LLC
M&M Franklin, LLC
M&M Gardner, LLC
M&M Hopkinsville, LLC
M&M Jackson, LLC
M&M Jefferson City Restaurant, LLC
M&M Lake St. Louis, LLC
M&M Lexington, LLC
M&M Marion, LLC
M&M Martin City, LLC
M&M Nicholasville, LLC
M&M O'Fallon, LLC
M&M Owensboro, LLC
M&M Paducah, LLC
M&M Richmond, LLC
M&M Sedalia Restaurant, LLC
M&M Seymour, LLC
M&M St. Peters Restaurants, LLC
M&M St. Robert, LLC
M&M Valley Park, LLC
M&M Wentzville, LLC

RESOLVED: that Eric H. Cole, Managing Member of M&M Custard, LLC, is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of M&M Custard, LLC to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members.

By: Eric H. Cole
Managing Member

4925-0244-5689, v. 1

STATE OF KANSAS )
) ss:
COUNTY OF JOHNSON )

Eric H. Cole, being duly sworn, says that he is the Managing Member of M&M Custard, LLC, a company of the State of Missouri authorized to do business in the State of Kansas, and that the foregoing is a true and correct copy of the Resolutions adopted by said Company on the 13th day of November 2025.

By: Eric H. Cole
Managing Member
M&M Custard, LLC

Subscribed and sworn to before me this 13th day of November 2025.

NOTARY PUBLIC STATE OF KANSAS
SHELBI HINDS
My Appt. Exp 9/15/29

Notary Public

# Balance Sheet
As of 9/3/2025

**M&M Custard, LLC**

| | YTD |
|---|---|
| **ASSETS** | |
| **Current Asset** | |
| Cash in Safe - Jeff City | 1,000 |
| Cash in Safe - Sedalia | 1,000 |
| Cash in Safe - Columbia | 1,000 |
| Cash in Safe - St. Peters | 1,000 |
| Cash in Safe - Cottlevile | 1,000 |
| Cash in Safe - St. Robert | 1,000 |
| Cash in Safe - Evansville | 1,000 |
| Cash in Safe - O'Fallon | 1,000 |
| Cash in Safe - Owensboro | 1,000 |
| Farmers Bank | 1,187 |
| Equity Bank Main Op - 7642 | 308,235 |
| Equity Bank Payables - 7626 | -85,256 |
| Cash in Safe - Cave Springs | 1,000 |
| Cash in Safe - Marion, IL | 1,000 |
| Cash in Safe - Carbondale, IL | 1,000 |
| Cash in Safe - Evansville West | 1,000 |
| Cash in Safe - Columbia South | 1,000 |
| Cash in Safe - Hopkinsville KY | 1,000 |
| Cash in Safe - Jackson | 1,000 |
| Cash in Safe - Paducah | 1,000 |
| Cash in Safe - Lexington | 1,000 |
| Cash in Safe - Florissant | 1,000 |
| Cash in Safe - Columbus | 1,000 |
| Cash in Safe - Franklin | 1,000 |
| Cash in Safe - Seymour | 1,000 |
| Cash in Safe - Bloomington | 1,000 |
| Cash in safe - Nicholasville | 1,000 |
| Cash in Safe - Ellisville | 1,000 |
| Cash in Safe - Richmond | 1,000 |
| Cash in Safe - Wentzville | 1,000 |
| Cash in Safe - Gardner | 1,000 |
| Cash in Safe - Crystal Lake | 1,000 |
| Cash in Safe - Glendale Heights | 1,000 |
| Cash in Safe - Machesney Park | 1,000 |
| Cash in Safe - Romeoville | 1,000 |
| Cash in Safe - Lake St. Louis | 1,000 |

| | YTD |
|---|---|
| Cash in Safe - Martin City | 1,000 |
| Cash in Safe - Westmont | 1,000 |
| Cash in Safe - Montgomery | 1,000 |
| Cash in Safe - Naperville | 1,000 |
| Cash in Safe - Valley Park | 1,000 |
| Jefferson Bank of MO | 2,838 |
| Central Bank of Boone County - Columbia | 2,599 |
| St. Johns Bank - O'Fallon | 2,307 |
| UMB Bank - Cottleville | 2,500 |
| Heritage Federal Credit Union - Evansville East | 4,331 |
| Equity Bank - Sedalia | 4,577 |
| First Southern Bank - Marion, IL | 2,027 |
| First Southern Bank - Carbondale | 537 |
| Old National Bank - Evansville West | 1,835 |
| Commerce Bank - Columbia South | 2,321 |
| U.S. Bank - Hopkinsville | 2,183 |
| First Horizon - Jackson | 3,740 |
| St. Johns Bank - Cave Springs | 2,550 |
| South Central Bank - Owensboro | 3,537 |
| Stock Yards Bank & Trust-Lexington | 2,396 |
| Old National Bank - Columbus | 2,085 |
| Old National Benk - Seymour | 2,230 |
| Fifth Third Bank - Franklin | 1,027 |
| Fifth Third Bank - Bloomington | 3,145 |
| Commerce Bank - Florissant | 3,573 |
| Bank of Missouri - St. Robert | 3,197 |
| Traditional Bank - Nicholasville | 2,030 |
| U.S. Bank - Ellisville | 1,855 |
| Fifth Third Bank - Richmond | 2,147 |
| Regions Bank - St. Peters | 2,497 |
| Regions Bank - Wentzville | 2,542 |
| Arvest Bank - Gardner | 2,000 |
| Huntington Bank - Glendale Heights | 1,735 |
| U.S. Bank - Crystal Lake | 1,454 |
| Fifth Third Bank - Romeoville | 1,371 |
| First Mid Bank & Trust - Lake St. Louis | 1,684 |
| Commerce Bank - Martin City | 2,119 |
| U.S. Bank - Westmont | 1,425 |
| Great Southern Bank - Valley Park | 2,259 |
| Northwest Bank of Rockford - Machesney Park | 2,135 |
| Regions Bank - Paducah | 2,121 |
| Fifth Third Bank - Montgomery, IL | 1,950 |
| U.S. Bank - Naperville | 862 |
| 3rd Party Delivery | 487,653 |
| Employee Retention Credit Receivable | 1,628,525 |

| | YTD |
|---|---|
| Inventory | 439,815 |
| Undeposited Funds | 7,385 |
| **Total Current Asset** | **2,913,269** |
| **Fixed Asset** | |
| Furniture & Equipment | 17,490,650 |
| Leasehold Improvements | 15,931,970 |
| Real Estate | 21 |
| z-Accumulated Depreciation | -22,863,060 |
| **Total Fixed Asset** | **10,559,581** |
| **Other Asset** | |
| Franchise Fees | 632,500 |
| Development Fees | 285,000 |
| Loan Costs | 415,445 |
| Organization Costs | 24,097 |
| Security & Utility Deposits | 112,245 |
| Start Up Costs | 18,416 |
| Goodwill | 2,681,000 |
| Accrued Rebates | 601,472 |
| Accumulated Amortization | -1,555,633 |
| **Total Other Asset** | **3,214,543** |
| **Total ASSETS** | **16,687,392** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liability** | |
| Accounts Payable | 3,045,727 |
| American Express Corporate Card | 72,441 |
| Due to Freddy's -Marketing -NAF | -866 |
| Edward Jones 401K Due | 2,755 |
| Garnishments Payable | 178 |
| Accrued Marketing - Local | 1,084 |
| Accrued Wages | 314,024 |
| Accrued RDS | 971 |
| Accrued CAM | 39,580 |
| Accrued Property Taxes | 107,507 |
| Accrued Personal Time | 279,253 |
| Accrued Real Estate Tax | 686,931 |
| Accrued Interest | 1,096,333 |
| Accrued Rent | -103,190 |
| Accrued Building Insurance | 25,978 |
| Due to Freddy's - Royalties | -2,433 |
| Gift Cards Payable | 7,091 |
| Due to Member / Managers:18450 · Management Fees Due | -2,814 |
| Sales Tax Payable | 363,760 |
| Donations - Kids in Need Foundation | 24,506 |
| **Total Current Liability** | **5,958,816** |

| | YTD |
|---|---|
| **Long Term Liability** | |
| Equity Bank Line of Credit #3354 | 3,192,322 |
| Equity Bank 2021 Development LOC #0098 | 3,949,351 |
| Equity Bank 2022 DLOC #8754 - formerly #0106 | 4,727,470 |
| Equity Bank 2023 Development LOC #8770 | 3,578,280 |
| Promissory Note - Steve Nordstrom | 550,000 |
| Promissary Note - Eric Cole | 550,000 |
| West Side Investments Loan | 343,271 |
| West Side Investments Loan #2 | 70,000 |
| Equity Bank Consolidated Loan #0514 | 6,569,372 |
| Equity Bank Crystal Lake Loan 0706 | 647,084 |
| **Total Long Term Liability** | **24,177,150** |
| **Total Liabilities** | **30,135,966** |
| **Equity** | |
| **Equity** | |
| Partners Capital | -2,380,010 |
| Retained Earnings | -7,994,822 |
| YTD Income | -3,073,742 |
| **Total Equity** | **-13,448,574** |
| **Total Equity** | **-13,448,574** |
| **Total LIABILITIES & EQUITY** | **16,687,392** |

**P&L - QTD (Actual) w/Cash Flow & EBITDA**
09/03/2025

| | Total | |
|---|---|---|
| **Sales** | | |
| **Revenues** | | |
| 21000 - Revenues | 12,748,626.90 | *90.9%* |
| 21001 - Third Party Delivery App Revenue | 1,635,016.17 | *11.7%* |
| 21002 - Catering Revenue | 23,437.45 | *0.2%* |
| **Total Revenues** | **14,407,080.52** | ***102.7%*** |
| 21500 - Discounts | -382,974.12 | *-2.7%* |
| **Total Sales** | **14,024,106.40** | ***100.0%*** |
| **Prime Cost** | | |
| **Cost of Goods Sold 1000** | | |
| 1100 - Cups, Paper, Cones - COGS | 376,654.66 | *2.7%* |
| 1200 - Food Cost - COGS | 4,000,080.24 | *28.5%* |
| 1300 - Rebates | -200,646.06 | *-1.4%* |
| 1400 - Bread and Buns- COGS | 232,669.32 | *1.7%* |
| 1500 - Freddy's Sourcing Fees | -80.46 | *0.0%* |
| **Total Cost of Goods Sold 1000** | **4,408,677.70** | ***31.4%*** |
| **Total Prime Cost** | **4,408,677.70** | ***31.4%*** |
| **Gross Profit** | **9,615,428.70** | ***68.6%*** |
| **Operating Expense** | | |
| **Personnel Expenses 1000** | | |
| **Store Manager Bonus** | | |
| 5100 - Store Manager Bonus | 17,245.19 | *0.1%* |
| 5250 - Bonus - Training/Referral | 3,167.50 | *0.0%* |
| **Total Store Manager Bonus** | **20,412.69** | ***0.1%*** |
| **Labor Costs** | | |
| 5400 - Labor - Cashier/Custard | 1,664,252.79 | *11.9%* |
| 5450 - Labor - Trainers | 1,971.23 | *0.0%* |
| 5500 - Labor - Cook | 1,267,792.89 | *9.0%* |
| 5600 - Labor - Management Salaries | 972,031.24 | *6.9%* |
| 5700 - Labor - Supervisors | 529,427.94 | *3.8%* |
| 5850 - Labor - Vacation | -27,780.50 | *-0.2%* |
| **Total Labor Costs** | **4,407,695.59** | ***31.4%*** |
| 5300 - Employee Health Insurance | 144,758.04 | *1.0%* |
| **Payroll Taxes** | | |
| 5900 - Payroll Taxes | 398,805.01 | *2.8%* |
| 5950 - Work Comp | 55,028.27 | *0.4%* |
| **Total Payroll Taxes** | **453,833.28** | ***3.2%*** |

**P&L - QTD (Actual) w/Cash Flow & EBITDA**
09/03/2025

| | Total | |
|---|---|---|
| 5920 - 401K Match | 7,728.73 | *0.1%* |
| **Total Personnel Expenses 1000** | **5,034,428.33** | ***35.9%*** |
| **Controllable Expenses 3000** | | |
| 3050 - Bank Charges | 6,165.38 | *0.0%* |
| 3075 - Cash Over / Short | 3,846.65 | *0.0%* |
| 3100 - Cell Phone and Internet | 7,016.85 | *0.1%* |
| 3125 - Credit Card Expense | 224,864.57 | *1.6%* |
| 3140 - Software & Application Fees | 89,311.92 | *0.6%* |
| 3150 - FFC & RDS Tech | 91,178.56 | *0.7%* |
| 3175 - Equipment Rental | 18,589.35 | *0.1%* |
| 3200 - Linen | 44,534.49 | *0.3%* |
| **Maintenance Expenses** | | |
| 3225 - Maintenance - Building | 114,375.63 | *0.8%* |
| 3250 - Maintenance - Equipment | 99,109.51 | *0.7%* |
| 3275 - Maintenance - Preventative | 89,127.38 | *0.6%* |
| 3280 - Maintenance - Furniture | 1,604.28 | *0.0%* |
| 3285 - Maintenance- Snow and Lawn Care | 44,200.11 | *0.3%* |
| **Total Maintenance Expenses** | **348,416.91** | ***2.5%*** |
| **Marketing Expenses** | | |
| **Marketing - Local** | | |
| 3300 - Marketing - Local | 60,010.90 | *0.4%* |
| **Marketing - Donations** | | |
| 3325 - Marketing - Donations | 2,760.71 | *0.0%* |
| **Total Marketing - Donations** | **2,794.78** | ***0.0%*** |
| 3340 - Marketing - OLO | 12,814.02 | *0.1%* |
| 3350 - Marketing - Delivery & Ad Spending | 52,519.75 | *0.4%* |
| 3360 - Marketing - Recruiting Fees | 20,865.54 | *0.1%* |
| **Total Marketing - Local** | **149,004.99** | ***1.1%*** |
| 3310 - Marketing - Freddy's NAF | 189,523.13 | *1.4%* |
| **Total Marketing Expenses** | **338,528.12** | ***2.4%*** |
| 3364 - DM - Travel & Expense Report | 8,109.04 | *0.1%* |
| 3365 - MIT Travel | 183.86 | *0.0%* |
| 3370 - Employee Morale | 15.28 | *0.0%* |
| 3425 - Security | 3,191.31 | *0.0%* |
| 3450 - Sound System | 14,088.60 | *0.1%* |
| **Supplies** | | |
| 3555 - Supplies | 0.00 | *0.0%* |

**P&L - QTD (Actual) w/Cash Flow & EBITDA**
09/03/2025

| | Total | |
|---|---|---|
| 3475 - Supplies - Chemical | 99,229.31 | *0.7%* |
| 3500 - Supplies - Food Handling | 39,522.87 | *0.3%* |
| **Supplies - Office** | | |
| 3525 - Supplies - Office | 222.11 | *0.0%* |
| 2600 - Office Expenses | 20,016.93 | *0.1%* |
| **Total Supplies - Office** | **20,239.04** | ***0.1%*** |
| 3550 - Supplies - Smallwares | 30,053.93 | *0.2%* |
| **Total Supplies** | **189,045.15** | ***1.3%*** |
| 3600 - Uniforms | 17,930.33 | *0.1%* |
| **Utilities** | | |
| 3625 - Utilities - Electric | 278,181.89 | *2.0%* |
| 3650 - Utilities - Gas | 29,756.94 | *0.2%* |
| 3675 - Utilities - Telephone | 22,259.72 | *0.2%* |
| 3700 - Utilities - Trash | 44,302.34 | *0.3%* |
| 3725 - Utilities - Water | 64,282.89 | *0.5%* |
| **Total Utilities** | **438,783.78** | ***3.1%*** |
| **Third Party Delivery App Fees** | | |
| 4550 - Third Party Delivery App Upcharges | -255,893.03 | *-1.8%* |
| 4551 - Third Party Delivery App Commissions | 317,106.16 | *2.3%* |
| 4552 - Third Party Delivery App Refunds | 14,011.92 | *0.1%* |
| 4553 - Third Party Delivery App Over/Short | -120,139.02 | *-0.9%* |
| **Total Third Party Delivery App Fees** | **-44,913.97** | ***-0.3%*** |
| **Total Controllable Expenses 3000** | **1,798,886.18** | ***12.8%*** |
| **Total Controllable Profit** | **2,782,114.19** | ***19.8%*** |
| **Non-Controllable Expenses 4000** | | |
| 4100 - Amortization | 56,996.28 | *0.4%* |
| 4200 - Depreciation | 154,342.86 | *1.1%* |
| 4400 - Insurance - Building | 157,147.71 | *1.1%* |
| 4410 - Freddy's Royalties | 549,794.28 | *3.9%* |
| 4500 - Licences & Fees | 2,971.78 | *0.0%* |
| **Rent and Lease Expenses** | | |
| 4600 - Rent - CAM | 38,841.39 | *0.3%* |
| 4700 - Rent or Lease | 1,275,858.61 | *9.1%* |
| **Total Rent and Lease Expenses** | **1,314,700.00** | ***9.4%*** |
| 4800 - Taxes - Personal Property | 27,809.43 | *0.2%* |
| 4850- - Use Tax | 2,320.13 | *0.0%* |

**P&L - QTD (Actual) w/Cash Flow & EBITDA**
09/03/2025

| | Total | |
|---|---|---|
| 4900 - Taxes - Real Estate | 239,243.19 | 1.7% |
| 4950 - Income Tax | 0.00 | 0.0% |
| **Total Non-Controllable Expenses 4000** | **2,505,325.66** | **17.9%** |
| **Total Non-Controllable Profit** | **276,788.53** | **2.0%** |
| **Admin Expenses 9000** | | |
| **Travel- Admin** | | |
| 2100 - Travel- Admin | 8,611.86 | 0.1% |
| 3575 - Travel | 33.73 | 0.0% |
| **Total Travel- Admin** | **8,645.59** | **0.1%** |
| **Admin Salaries** | | |
| 2200 - Admin Salaries | 336,168.78 | 2.4% |
| 2550 - Managementand Guarantee Fees | -115,286.72 | -0.8% |
| **Total Admin Salaries** | **221,099.53** | **1.6%** |
| 2400 - Interest Expense | 507,998.46 | 3.6% |
| 2450 - Legal Fees | 29,409.94 | 0.2% |
| 2500 - Multi Unit Manager Bonus | 10,781.88 | 0.1% |
| 2700 - Employee Training | 345.41 | 0.0% |
| **Professional Fees** | | |
| 3400 - Professional Fees | 25,392.80 | 0.2% |
| **Total Professional Fees** | **25,392.80** | **0.2%** |
| **Total Admin Expenses 9000** | **803,673.61** | **5.7%** |
| 9001 - Allocated Admin | 0.00 | 0.0% |
| **Total Operating Expense** | **10,142,313.78** | **72.3%** |
| **Corporate Overhead & Other** | | |
| 6000 - Interest Earned | -2.96 | 0.0% |
| 6220 - Other Income | 0.00 | 0.0% |
| **Total Corporate Overhead & Other** | **-2.96** | **0.0%** |
| **Net Profit** | **-526,882.12** | **-3.8%** |
| **Cash Flow** | **-315,542.98** | **-2.3%** |
| **EBITDA** | **220,264.91** | **1.6%** |

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2024, or tax year beginning ____________, 2024, ending ____________, 20 ____.
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2024**

| | | |
|---|---|---|
| A Principal business activity: Restaurant | Type or Print: M&M Custard LLC<br>7111 W 151st Street, Suite 112<br>Overland Park, KS 66223 | D Employer identification number: 27-3355504 |
| B Principal product or service: Food & Beverage | | E Date business started: 8/31/2010 |
| C Business code number: 722511 | | F Total assets (see instructions): $ 17,163,596. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify): ______

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: 43

J Check if Schedules C and M-3 are attached ☐

K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| Section | Line | Description | Box | Amount |
|---|---|---|---|---|
| INCOME | 1a | Gross receipts or sales 62,951,629. b Less returns and allowances 1,690,929. c Balance | 1c | 61,260,700. |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 18,115,269. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 43,145,431. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement) See Statement 1 | 7 | 35,881. |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 43,181,312. |
| DEDUCTIONS (SEE INSTRS FOR LIMITATIONS) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 20,205,342. |
| | 10 | Guaranteed payments to partners | 10 | 541,134. |
| | 11 | Repairs and maintenance | 11 | 1,519,938. |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | 5,751,255. |
| | 14 | Taxes and licenses | 14 | 3,450,643. |
| | 15 | Interest (see instructions) | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) 16a 1,385,675. | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return 16b | 16c | 1,385,675. |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| | 18 | Retirement plans, etc | 18 | 31,484. |
| | 19 | Employee benefit programs | 19 | 546,368. |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | 20 | |
| | 21 | Other deductions (att stmt) See Statement 2 | 21 | 11,014,636. |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | 22 | 44,446,475. |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | 23 | -1,265,163. |
| TAX AND PAYMENT | 24 | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | 24 | |
| | 25 | Interest due under the look-back method — income forecast method (attach Form 8866) | 25 | |
| | 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| | 27 | Other taxes (see instructions) | 27 | |
| | 28 | **Total balance due.** Add lines 24 through 27 | 28 | |
| | 29 | Elective payment election amount from Form 3800 | 29 | |
| | 30 | Payment (see instructions) | 30 | |
| | 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| | 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member ______ Date ______

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| NICHOLAS H ONG, CPA | NICHOLAS H ONG, CPA | | | [redacted] |

Firm's name: Ong & Company — Firm's EIN: 481008414

Firm's address: 9225 Indian Creek Parkway Suite 100, Overland Park, KS 66210 — Phone no. 913-451-0056

## Schedule B Other Information

| | Yes | No |
|---|---|---|
| **1** What type of entity is filing this return? Check the applicable box: | | |
| **a** ☐ Domestic general partnership **b** ☐ Domestic limited partnership | | |
| **c** ☒ Domestic limited liability company **d** ☐ Domestic limited liability partnership | | |
| **e** ☐ Foreign partnership **f** ☐ Other: ______________________________ | | |
| **2** At the end of the tax year: | | |
| **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** At the end of the tax year, did the partnership: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more, of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of corporation | **(ii)** Employer identification number (if any) | **(iii)** Country of incorporation | **(iv)** Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of entity | **(ii)** Employer identification number (if any) | **(iii)** Type of entity | **(iv)** Country of organization | **(v)** Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **4** Does the partnership satisfy **all four** of the following conditions? | | |
| **a** The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** The partnership is not filing and is not required to file Schedule M-3 | | X |
| If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** At any time during calendar year 2024, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ____________________________ | | X |
| **9** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. ____________ See instructions for details regarding section 754 election. | | X |
| **b** For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ ___________ and the total aggregate net negative amount $(___________) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

**Schedule B** **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| | **c** For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ ____________ and the total aggregate net negative amount $(____________) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| | **d** For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year$ ____________ The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ____________ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ____________ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ____________ | | |
| 16a | Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return ____ | | |
| 18 | Enter the number of partners that are foreign governments under section 892. 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions<br>If "Yes," enter the total amount of the disallowed deductions $ ____________ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | X | |
| | **a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense.<br>**b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the partnership has business interest expense.<br>**c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense.<br>If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund?<br>If "Yes," enter the amount from Form 8996, line 15 $ ____________ | | X |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ____________<br>Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions.<br>Percentage: By vote: __________ By value: __________ | | X |
| 29 | Is the partnership required to file Form 7208, Excise Tax on Repurchase of Corporate Stock (see instructions): | | |
| | **a** Under the applicable foreign corporation rules? | | X |

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| | **b** Under the covered surrogate foreign corporation rules? If "Yes," to either (a) or (b), complete Form 7208. See the Instructions for Form 7208. | | X |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions. | | X |
| **31** | Reserved for future use | | |
| **32** | Check this box if an election out of subchapter K under section 761 is being made. See instructions ☐ | | |
| **33** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ______ If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR STEVEN NORDSTROM

| | | | |
|---|---|---|---|
| U.S. address of PR | 5602 W 147TH TERRACE<br>OVERLAND PARK, KS 66223 | U.S. phone number of PR | [redacted] |

If the PR is an entity, name of the designated individual for the PR

| | | | |
|---|---|---|---|
| U.S. address of designated individual | | U.S. phone number of designated individual | |

## Schedule K Partners' Distributive Share Items

| Section | Line | Description | | Line No. | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 23) | | 1 | -1,265,163. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach stmt) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Guaranteed payments: a Services 4a 541,134. b Capital 4b | | | |
| | c | Total. Add lines 4a and 4b | | 4c | 541,134. |
| | 5 | Interest income | | 5 | 26,813. |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | | 6a | |
| | | b Qualified dividends 6b | c Dividend equivalents 6c | | |
| | 7 | Royalties | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | -130,444. |
| | 11 | Other income (loss) (see instructions) Type: | | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | | 12 | |
| | 13a | Cash contributions | | 13a | |
| | b | Noncash contributions | | 13b | |
| | c | Investment interest expense | | 13c | |
| | d | Section 59(e)(2) expenditures: (1) Type: | (2) Amount: | 13d(2) | |
| | e | Other deductions (see instructions) Type: | See Statement 3 | 13e | 1,986,096. |
| Self-Employment | 14a | Net earnings (loss) from self-employment | | 14a | 111,914. |
| | b | Gross farming or fishing income | | 14b | |
| | c | Gross nonfarm income | | 14c | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| | b | Low-income housing credit (other) | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions) Type: | | 15d | |
| | e | Other rental credits (see instructions) Type: | | 15e | |
| | f | Other credits (see instructions) Type: | | 15f | |
| International | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance | [X] | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | | 17a | -60,268. |
| | b | Adjusted gain or loss | | 17b | |
| | c | Depletion (other than oil and gas) | | 17c | |
| | d | Oil, gas, and geothermal properties – gross income | | 17d | |
| | e | Oil, gas, and geothermal properties – deductions | | 17e | |
| | f | Other AMT items (attach stmt) | | 17f | |
| Other Information | 18a | Tax-exempt interest income | | 18a | |
| | b | Other tax-exempt income | | 18b | |
| | c | Nondeductible expenses | | 18c | 3,314. |
| | 19a | Distributions of cash and marketable securities | | 19a | |
| | b | Distributions of other property | | 19b | |
| | 20a | Investment income | | 20a | 26,813. |
| | b | Investment expenses | | 20b | |
| | c | Other items and amounts (attach stmt) | See Statement 4 | | |
| | 21 | Total foreign taxes paid or accrued | | 21 | |

## Analysis of Net Income (Loss) per Return

| | | |
|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | 1 | -2,813,756. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -167,744. | -597,046. | -1,747,026. | -83,872. | | -218,068. |

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 2,948,141. | | 906,319. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 569,453. | | 539,410. |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach stmt) See St 5 | | 1,847,010. | | 1,751,921. |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach stmt) | | | | |
| 9a Buildings and other depreciable assets | 29,674,001. | | 33,007,452. | |
| b Less accumulated depreciation | 21,014,356. | 8,659,645. | 22,400,031. | 10,607,421. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | 4,088,718. | | 4,079,890. | |
| b Less accumulated amortization | 1,151,762. | 2,936,956. | 1,384,644. | 2,695,246. |
| 13 Other assets (attach stmt) See St 6 | | 1,891,063. | | 663,279. |
| 14 Total assets | | 18,852,268. | | 17,163,596. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 1,124,196. | | 2,298,182. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach stmt) See St 7 | | 1,980,021. | | 1,906,776. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | 1,100,000. | | 1,100,000. |
| b Mortgages, notes, bonds payable in 1 year or more | | 21,664,440. | | 22,233,231. |
| 20 Other liabilities (attach stmt) | | | | |
| 21 Partners' capital accounts | | -7,016,389. | | -10,374,593. |
| 22 Total liabilities and capital | | 18,852,268. | | 17,163,596. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -3,358,204. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | 541,134. | 7 Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): a Depreciation $ b Travel and entertainment $ Statement 8 3,314. | 3,314. | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -2,813,756. | 9 Income (loss) (*Analysis of Net Income (Loss) per Return*, line 1). Subtract line 8 from line 5 | -2,813,756. |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -7,016,389. | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) (see instructions) | -2,813,756. | | |
| 4 Other increases (itemize): | | Statement 9 | 544,448. |
| | | 8 Add lines 6 and 7 | 544,448. |
| 5 Add lines 1 through 4 | -9,830,145. | 9 Balance at end of year. Subtract line 8 from line 5 | -10,374,593. |

# United States Bankruptcy Court
## District of Kansas

In re M&M Jackson, LLC — Debtor(s)

Case No. ____

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | HOURLY |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | HOURLY |

2. $ 1,738.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor ☑ Other (specify): M &M Custard, LLC (parent company)

4. The source of compensation to be paid to me is:

   ☐ Debtor ☑ Other (specify): M &M Custard, LLC (parent company)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Date*

/s/ Colin N. Gotham
Colin N. Gotham KS#19538; MO#52343
*Signature of Attorney*
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax: (913) 962-8701
cgotham@emlawkc.com
*Name of law firm*

Aramark / Vestis
3752 N. Fruitridge Avenue
Terre Haute, IN 47804

Budderfly
PO Box 25197
New York, NY 10087-5197

Cook's Pest Control
1741 Fifth Avenue, SE
Decatur, AL 35601

DarPro Solutions / Darling Ingredients
5601 N. MacArthur Blvd
Irving, TX 75038

Ecolab Inc.
PO Box 70343
Chicago, IL 60673

Equity Bank
345 N Andover Rd
Andover, KS 67002

Equity Bank
7701 East Kellogg
Wichita, KS 67207-7000

Freddy's LLC
3020 N. Cypress St., Suite 200
Wichita, KS 67226-4012

M&M Custard, LLC
7111 West 151st Street
Suite 112
Overland Park, KS 66223

NuCO2 LLC
2800 SE Market Place
Stuart, FL 34997

Richard And Julie Keaton
702 Ridgecrest Lane
Lebanon, TN 37087

US Foods Inc
9339 West Higgins Road
Suite 100
Rosemont, IL 60018

US Foods, Inc.
% Mary Cowan
PO Box 24101
Cleveland, OH 44124

**United States Bankruptcy Court**
**District of Kansas**

In re M&M Jackson, LLC — Debtor(s)

Case No. ______

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 13, 2025

/s/ Eric Cole
Eric Cole/Managing Member
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re M&M Jackson, LLC — Debtor(s)

Case No.

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| M&M Custard, LLC<br>7111 West 151st Street<br>Suite 112<br>Overland Park, KS 66223 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date November 13, 2025

Signature /s/ Eric Cole
Eric Cole

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Kansas

| | | | |
|---|---|---|---|
| In re | M&M Jackson, LLC | Case No. | |
| | Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for M&M Jackson, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

M&M Custard, LLC
7111 West 151st Street
Suite 112
Overland Park, KS 66223

☐ None [*Check if applicable*]

November 13, 2025
Date

/s/ Colin N. Gotham
Colin N. Gotham KS#19538; MO#52343
Signature of Attorney or Litigant
Counsel for M&M Jackson, LLC

Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com